**CYRUS JOUBIN, ESQ.**
43 West 43rd Street, Suite 119 – New York, NY 10036
347-223-4296 (office); 703-851-2467 (cell)
718-228-7679 (fax)
joubinlaw@gmail.com

---

November 22, 2017

**VIA ECF**
Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  **Alejandro Trejo v. City of New York, et al., 17 Civ. 960 (LAK)(KNF)**

Dear Judge Fox:

    As counsel for the plaintiff Alejandro Trejo in the above-referenced matter, I write on behalf of the parties to advise the Court that the parties have reached an agreement to settle this case. Accordingly, we anticipate filing a Stipulation and Order of Dismissal soon. In light of this settlement, the parties respectfully request that all upcoming conferences (including the December 5 telephone conference) and deadlines be adjourned *sine die*.

    Thank you for your time and attention to this matter.

    Respectfully submitted,

    _____/s/_____
    Cyrus Joubin, Esq.
    Attorney for Plaintiff Alejandro Trejo

CC:    VIA ECF
        Joseph Zangrilli, Esq., NYC Law Dept. – Attorney for Defendants

1