USI
DOC         ENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-29-17

RECEIVED

NOV 22 2017

JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ALEJANDRO TREJO,

                                          Plaintiff,

                    -against-

The CITY OF NEW YORK,
NEW YORK CITY DETECTIVES
MATTHEW REGINA,
STEVEN JILLING,
and JOHN DOES 1-3,
in their individual and official capacities,

                                          Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

17 Civ. 960 (LAK) (KNF)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
    November 21 , 2017

CYRUS JOUBIN
*Attorney for Plaintiff*
43 West 43rd Street, Suite 119
New York, New York 10036
(703) 851-2467

By: _____
        Cyrus Joubin
        *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendant City of New York,*
*Detective Regina and Detective Jilling*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
        Joseph Zangrilli
        Assistant Corporation Counsel

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: _____ 2017

2